

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00428-CV

## IN THE INTEREST OF C.B.C., A CHILD,

_____

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 11-002592-CV-85

---

## MEMORANDUM  OPINION

---

The trial court's termination order in this case ordered that the parent-child relationships between mother, A.T., and father, B.C., and their child, C.B.C., be terminated and that the Department of Family and Protective Services be appointed permanent managing conservator of C.B.C.  A.T. appealed from this order.  B.C., who signed an irrevocable affidavit of relinquishment of his parental rights, did not appeal.

Appellant A.T. and Appellee Texas Department of Family and Protective Services have now filed a joint motion informing the Court that they have entered into an agreement that is dispositive of all of the issues on appeal.  The attorney *ad litem* for C.B.C. approved the agreement and motion.

Based on the agreement, the parties request that this Court reverse that portion of the trial court's termination order terminating A.T.'s parental rights to C.B.C. and remand the matter to the trial court for a new trial and leave the remaining portions of the trial court's termination order "undisturbed and in full force and effect." *See* TEX. R APP. P. 42.1(a)(2)(A). Accordingly, we reverse that portion of the trial court's termination order terminating A.T.'s parental rights to C.B.C., remand this case to the trial court for further proceedings consistent with this opinion and the parties' agreement, and leave the remaining portions of the trial court's termination order undisturbed and in full force and effect.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Reversed in part and remanded
Opinion delivered and filed May 9, 2013
[CV06]